## JOHN McDONELL *versus* HENRY HUDSON

JOURNAL ENTRIES (1817–18): *Journal 2:* (1) Appearance *p. 536; (2) declaration filed *p. 586; (3) plea filed, issue *p. 594; (4) leave to withdraw plea, oyer of writ and declaration granted *p. 594; (5) plea filed *p. 596; (6) rule to reply or demur *p. 596; (7) plea withdrawn, motion to quash proceedings denied *p. 597; (8) second plea filed, motion to amend declaration granted, plea withdrawn, continued *p. 598; (9) discontinued *p. 603.
PAPERS IN FILE: (1) Affidavit and precipe for attachment; (2) writ of attachment; (3) capias and return; (4) bail bond; (5) motion to quash writ; (6) declaration; (7) plea in abatement; (8–9) subpoenas.
*Office Docket*, MS p. 45, c. 3.